## UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| MOEN INC., | ) | |
| | ) | |
| Plaintiff | ) | Court No. 20-00054 |
| | ) | and Attached Schedule |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### <u>NOTICE OF DISMISSAL</u>

**PLEASE TAKE NOTICE** that Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the actions listed on the attached schedule.

Dated: <u>November 23, 2020</u>

> /s/ Wm. Randolph Rucker
> Wm. Randolph Rucker
>
> **FAEGRE DRINKER BIDDLE & REATH LLP**
> Attorney for Plaintiff
> 191 N. Wacker Drive
> Suite 3700
> Chicago, IL 60606
> Telephone: (312) 569-1157
> E-mail: randy.rucker@faegredrinker.com

*Moen Inc. v. United States*                                                                    2
Court No. 20-00054

### Schedule to Notice of Dismissal

| Court Number | Plaintiff Name | Protest Number(s) | Entry Number(s) |
|---|---|---|---|
| 20-00054 | Moen Inc. | 2704-15-100761 | 231-12916303<br>231-12916956<br>336-66428366 |
| | | 2704-15-101298 | 231-12980713<br>231-12981018<br>231-12981133<br>231-12981489 |
| | | 1401-19-100924 | 300-39004833<br>300-39004874<br>300-39009295<br>300-39012380<br>300-39015995<br>300-39030242 |

### <u>Order of Dismissal</u>

The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by Plaintiff, are dismissed.


Dated: _____


Clerk, U.S. Court of International Trade


By: _____
    Deputy Clerk

**CERTIFICATE OF SERVICE**

Wm. Randolph Rucker certifies that he is an attorney with the law firm of Faegre Drinker Biddle & Reath LLP, with offices located at 191 North Wacker Drive, Suite 3700, Chicago, Illinois 60606, and that on November 23, 2020 on behalf of the Plaintiff herein, he served the attached Notice of Dismissal on:

> Jamie L. Shookman
> U.S. Department of Justice
> International Trade Field Office
> 26 Federal Plaza
> Room 346
> New York, NY 10278

the attorney for the Defendant herein, by electronic service via the CM/ECF filing system.

/s/ Wm. Randolph Rucker
Wm. Randolph Rucker

ACTIVE.125548388.01